**CROWN ZELLERBACH CORPORATION
and Walter A. Zwilling.**

No. 50488.

April 20, 1970.

In re: Mrs. Bertile Ardoin applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Evangeline. 232 So.2d 136.

Writ refused. On the facts found by the Court of Appeal the result is correct.

233 So.2d 563

**STATE of Louisiana**

v.

**Noba STANLEY.**

No. 50519.

April 20, 1970.

In re: Noba Stanley applying for writs of certiorari and mandamus.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

233 So.2d 563

**Guy LeBLANC, Jr.**

v.

**NEW ORLEANS POLICE DEPARTMENT.**

No. 50493.

April 20, 1970.

In re: Guy LeBlanc, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 231 So.2d 568.

Writs refused. Judgment of Court of Appeal is correct.

233 So.2d 563

**Terry G. PARTA**

v.

**NEW ORLEANS POLICE DEPARTMENT.**

No. 50494.

April 20, 1970.

In re: Terry G. Parta applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 231 So.2d 574.

Writ refused. Judgment of Court of Appeal is correct.